**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **STATE OF OHIO ex rel. Susan Boggs, et al.,** ) | **Case No. 1:08 CV 2153** |
| ) | |
| Relators, ) | **Judge Dan Aaron Polster** |
| ) | |
| vs. ) | |
| ) | **JUDGMENT ENTRY** |
| **CITY OF CLEVELAND,** ) | |
| ) | |
| Respondent. ) | |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

                                                      */s/Dan Aaron Polster    October 12, 2009*
                                                      **Dan Aaron Polster**
                                                      **United States District Judge**