**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SUSAN BOGGS, *et al.*, | ) | CASE NO. 1:08CV2153 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| CITY OF CLEVELAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, Defendant Traci Clark's Motion for Judgment on the Pleadings is GRANTED. (Doc. No. 60.)

IT IS SO ORDERED.

Date: April 2, 2020

*s/Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge