# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN BOGGS, *et al.*, | ) | CASE NO. 1:08CV2153 |
| Plaintiffs, | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| CITY OF CLEVELAND, | ) | |
| Defendant. | ) | |
| | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Court GRANTS Defendant/Respondent's Motion for Summary Judgment (Doc. No. 88) and DENIES Plaintiffs/Relators' Motion for Summary Judgment (Doc. No. 89) as to Plaintiffs/Relators' federal law claims and dismisses those claims with prejudice.  The Court declines to exercise supplemental jurisdiction over the Plaintiffs/Relators' remaining state law claims and REMANDS this case back to state court.

    IT IS SO ORDERED.

Date: May 28, 2021                    *s/Jonathan D. Greenberg*
                                                                  Jonathan D. Greenberg
                                                                  United States Magistrate Judge